**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| KAREN HERNANDEZ | : | |
| Plaintiff, | : | |
| v. | : | |
| UNITED STATES OF AMERICA, | : | CASE NO.: 7:23-CV-110 (WLS) |
| Defendant. | : | |

## ORDER

Presently before the Court is the Parties' Joint Notice of Settlement (Doc. 7). Therein, the Parties inform the Court that an agreement has been reached in the above-styled matter. (*Id.*) The Parties further state that they will file a stipulation of dismissal once a written settlement agreement is fully executed and all payments consistent with that settlement agreement are satisfied. (*Id.*) The Parties note that they anticipate such events to be done within sixty (60) days. (*Id.*)

To ensure the timely and orderly disposition of this case, the Parties are **hereby ORDERED** to file the appropriate dismissal document(s) **no later than sixty (60) days** after entry of this Order, or, by the same deadline, file with the Court a motion for additional time containing a written statement as to why additional time is needed.

**SO ORDERED**, this 22nd day of January 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**