# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | | |
|---|---|---|
| KAREN HERNANDEZ | : | |
| Plaintiff, | : | |
| v. | : | |
| UNITED STATES OF AMERICA, | : | CASE NO.: 7:23-CV-110 (WLS) |
| Defendant. | : | |

## ORDER

Before the Court is a Stipulation of Voluntary Dismissal (Doc. 9), filed on March 11, 2024, and signed by both Parties. Therein, the Parties state that they stipulate to the dismissal of this action with prejudice, with each party to bear its own attorney's fees and costs.

Upon consideration thereof, it is **hereby ORDERED** that the Parties' Stipulation of Voluntary Dismissal (Doc. 9) is **ACCEPTED** and **GRANTED**. The Court **ORDERS** that all Plaintiff's claims pending against Defendant are **DISMISSED with prejudice** with each party bearing their own attorney's fees and costs.

**SO ORDERED**, this 12th day of March 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**