IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

KAREN HERNANDEZ,     *

       Plaintiff,     *

v.     Case No. 7:23-cv-110 (WLS)

    *

UNITED STATES OF AMERICA, 

    *

       Defendant.

    *

## **J U D G M E N T**

Pursuant to this Court's Order dated March 12, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 12th day of March, 2024.

                             David W. Bunt, Clerk

                             s/ Kathleen S. Logsdon, Deputy Clerk